I Rodrick Reed Proposes This letter To The "Deputy Clerk" of The Court. I Rodrick Reed Have To cases Pending Criminal and Civil in Both cases my Response are Due In August 5, 2011 For civil And August 15, 2011 For my Criminal case. At This Time I Rodrick Reed Do not Have Access To The law library To Research and File a Response motions To The Governments Briefs In Both cases Criminal and civil Due To The current lock-Down and serious violence That Resulted In The loss of a Human life.

I Rodrick Reed Pray That The courts and Deputy clerk will Prospond my cases on Hold Due To The serious out come of This lock-Down.

My case # 11-00145 VAP

My case civil #CV10-8315-SVW (OP)

FILED
CLERK, U.S. DISTRICT COURT
AUG 1 2011
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

Rodrick Reed
# 03846-112
United States Peniteiary
P.O. Box 019001
Atwater, California 95301

U.S. Department of Justice
Federal Bureau of Prisons

*Office of the Warden*

*United States Penitentiary*
*Atwater, California 95301*

July 26, 2011

**MEMORANDUM FOR USP POPULATION**

**FROM:** J. H. Bell, Acting Warden

**SUBJECT:** Lockdown/Encierre

The current lock-down is in direct response to the serious assault which took place in Unit 5B on Sunday. It appears this incident was a one-on-one matter between two individuals of the same race. Individuals who engage in this behavior disrespect what we have all worked so hard to attain. Your routine, work and program activities were completely disrupted because of a petty disagreement which escalated into serious violence and resulted in the loss of a human life.

The institution will remain locked down until we complete our investigation and I have determined it is safe for staff and for you to return to normal activity. I remind you that we have zero tolerance for this type of behavior.

We have scheduled showers for tomorrow and expect to continue serving a hot meal once per day. My expectations during this lock down are that you comply with the instructions given by staff in a respectful manner. Your continued cooperation is expected and appreciated.

∞———∞

El encierre actual es respuesta directa al asalto serio que se llevo a cabo en la Unidad 5B el domingo por la tarde. Parece que el incidente fue un asunto entre dos individuos de la misma raza. Los individuos que se portan asi faltan el respeto a todo lo que hemos logrado. Su rutina, trabajo y participación en los programs se interrumpieron por un desacuerdo pequeño que se convirtió en la violencia seria y resultó en la pérdida de una vida humana.

Permanecerá la institución en estátus de encierre hasta que terminemos nuestra investigación y he determinado que la institucion sea segura para que el personal y ustedes vuelvan a su actividad normal.

Esperamos comenzar las duchas manana y seguir sirviendo una comidad caliente diariamente. Mis expectativas durante este encierre son que cumplan con los órdenes del personal de manera respetuosa. Se aprecia su apoyo y cooperación contínua.

Radrick Reed #03846-112
United States Penitentiary
P.O. Box 019001
Atwater, California 95301

VAP

LEGAL MAIL

STOCKTON/STKN
CA 952 4 L
29 JUL 2011 PM

USA FIRST-CLASS FOREVER

RECEIVED
CLERK, U.S. DISTRICT COURT
2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

⇔03846-112⇔
Clerk Of Courts
3470 12TH ST
Rm.134
Riverside, CA - 92501
United States

92501$3895