JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK REED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF ) <br> AMERICA, ) <br> ) <br> Defendants. ) | Case No. ***EDCV 11-00145-VAP*** <br> EDCR 03-00084-VAP <br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: March 15, 2012

*[signature: Virginia A. Phillips]*
VIRGINIA A. PHILLIPS
United States District Judge